

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-1-2015

# Musa Sesay v. Attorney General United States

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Musa Sesay v. Attorney General United States" (2015). *2015 Decisions.* Paper 539.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/539

This June is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University
School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of
Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 28, 2015

No. <u>14-2996</u>

Musa Sesay,
                              Petitioner

v.

Attorney General United States,
                              Respondent

(Agency No.  A094-244-759)

Present:  RENDELL, SMITH and KRAUSE, <u>Circuit Judges</u>

        1. Motion by Respondent to amend the decision.

                                        Respectfully,
                                        Clerk/tyw

_____ORDER_____

        The foregoing motion to amend is hereby granted. Accordingly, in the final sentence of footnote 7 on page 15, the phrase "a letter to opposing counsel" is amended to read "a letter to the Department of Homeland Security."


                                        By the Court,


                                        <u>s/ Cheryl Ann Krause</u>
                                        Circuit Judge


Dated:        June 1, 2015
tyw/cc:       Thomas V. Massucci, Esq.
              Jeffrey L. Menkin, Esq.
              Benjamin Zeitlin, Esq.